IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  94-cv-625-ZLW

JOHN G. WESTINE,

    Petitioner,

v.

W.A. PERRILL,
MR. TIBERI, Food Administrator,
LARRY LEWELLYN,
MS. AVILA,
CRIS LAMB, and
BILL STORY,

    Respondents.
_____

ORDER
_____

    It is ORDERED that Petitioner's Motion To Reopen Via Federal Rule Civil Procedure 60(b) . . . (Doc. No. 14) is denied.

    DATED at Denver, Colorado, this   10   day of May, 2006.

                                     BY THE COURT:

                                     ZITA L. WEINSHIENK, Senior Judge
                                     United States District Court